Writs refused. The application is premature. If applicant is ordered to pay alimony he may then apply for remedial writs upon a showing of irreparable injury.

■

230 So.2d 589

**Foster J. BROWN, individually and on behalf of his minor children**

v.

**James A. DURAND, M.D., et al.**

No. 50356.

Feb. 6, 1970.

In re: Foster J. Brown applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

■

230 So.2d 589

**M. D. MILLER, Jr., et al.**

v.

**J. M. MENEFEE, Commissioner of Conservation, State of Louisiana.**

No. 50332.

Feb. 6, 1970.

In re: M. D. Miller, Jr., et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 228 So.2d 689.

The application is denied. There appears no error of law in the judgment complained of.

■

230 So.2d 589

**L. C. CROCKETT et al.**

v.

**UNITED STATES FIDELITY & GUARANTY COMPANY and Universal Underwriters Insurance Company.**

No. 50331.

Feb. 6, 1970.

In re: Universal Underwriters Insurance Company applying for certiorari, or

writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 229 So.2d 169.

Writ refused. On the facts found by the Court of Appeal the judgment complained of is correct.